# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KEVIN KNUTSON, <br><br> Plaintiff, <br><br> v. <br><br> DAVID JOHANSSON, <br><br> Defendant. | CASE NO. 2:25-cv-00855-MJP <br><br> ORDER GRANTING WITHDRAWAL AND STAY |

This matter comes before the Court on the Parties' Stipulation to Withdraw as Counsel of Record (Dkt. No. 14.) The Stipulated Motion is GRANTED. Krista Mirhoseini and Mirhoseini Creative Law, PLLC, shall be deemed to have withdrawn as counsel for Plaintiff and are hereby withdrawn as counsel for Plaintiff in the above-captioned lawsuit effective immediately.

Furthermore, the trial schedule set in this case, (see Case Scheduling Order (Dkt. No. 13)), is STAYED for 30 days so that Plaintiff may retain substitute counsel. Upon making their appearance, Plaintiff's substitute counsel may move the Court to amend to the Case Scheduling Order in order to address any scheduling concerns or conflicts.

1  The clerk is ordered to provide copies of this order to all counsel and to Plaintiff via
2  postal mail per the address provided in the Parties' Stipulation. (See Dkt. No. 14 at 3.)

Dated September 5, 2025.

*[signature]*

Marsha J. Pechman
United States Senior District Judge