UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN KNUTSON,<br><br>Plaintiff,<br><br>v.<br><br>DAVID JOHANSSON,<br><br>Defendant. | CASE NO. C25-0855JLR<br><br>ORDER |

Before the court is Plaintiff Kevin Knutson's notice of voluntary dismissal. (Notice (Dkt. # 26).) Mr. Knutson states that he voluntarily dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), which allows a plaintiff to dismiss a case without a court order by filing either "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A). Because Defendant David Johansson answered Mr. Knutson's amended

complaint on March 3, 2026 (*see* Answer (Dkt. # 24)), Mr. Knutson's notice of voluntary dismissal does not comply with Rule 41.

Under Rule 41(a)(2), however, an action may be dismissed at the plaintiff's request by court order. Fed. R. Civ. P. 41(a)(2). On June 24, 2026, the parties provided notice that they had settled this case. (*See* 6/24/26 Min. Order (Dkt. # 25).) Accordingly, the court construes Mr. Knutson's notice as a request for dismissal. The court GRANTS Mr. Knutson's request for dismissal and DISMISSES this action with prejudice.

Dated this 7th day of August, 2026.

JAMES L. ROBART
United States District Judge